UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

Ramon PENALOZA-Jaimes,

        Defendant

) Magistrate Docket No.
) 08 MJ 2407
) COMPLAINT FOR VIOLATION OF:
)
) Title 8, U.S.C., Section 1326
) Deported Alien Found in the
) United States

FILED
2008 AUG -4 AM 10: 19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **July 31, 2008** within the Southern District of California, defendant, **Ramon PENALOSA-Jaimes,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **AUGUST, 2008.**

_____
Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Ramon PENALOZA-Jaimes

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On July 31, 2008, Border Patrol Agent I. Santiago, was performing linewatch duties for the Imperial Beach Border Patrol Station in an area known as "Smarts". "Smarts" is approximately 4 1/2 miles west of the San Ysidro, California Port of Entry and approximately 300 yards north of the United States/Mexico International Border Fence. This area is commonly used by illegal aliens to further their entry into the United States. At approximately 7:30 p.m., the west scope operator A. Webster, advised Agent Santiago of an individual making his way north from "Smarts". Agent Santiago responded to the area and began searching the area. After a brief search, Agent Santiago observed an individual attempting to conceal himself in some brush. Based on Agents Webster's and Agent Santiago observations, the proximity to the border, and the individuals' actions, Agent Santiago decided to perform an immigration inspection. Agent Santiago identified himself as a United States Border Patrol Agent and questioned the individual, later identified as the defendant, Ramon PENALOZA- Jaimes, as to his citizenship. PENALOZA freely admitted to being a citizen of Mexico who did not possess any immigration documents that allowed him to legally enter or remain in the United States. At approximately 7:35 pm, Agent Santiago placed PENALOZA under arrest and transported to the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 13, 2008** through **Laredo, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and was willing to answer any questions without a lawyer present. When questioned again as to his citizenship, the defendant freely admitted that he is a citizen and national of Mexico and does not possess the proper documents to enter or remain in the United States legally.

**Executed on August 2, 2008 at 10:00 am.**

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **July 31, 2008** in violation of Title 8, United States Code, Section 1326.

Anthony J. Battaglia
United States Magistrate Judge

8/2/08  11:40 AM
Date/Time