FILED

08 AUG 13 PM 3:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECC            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 2704 WQH |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| RAMON PENALOZA-JAIMES, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about July 31, 2008, within the Southern District of California, defendant RAMON PENALOZA-JAIMES, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

FAS:fer:San Diego
8/11/08

It is further alleged that defendant RAMON PENALOZA-JAIMES was removed from the United States subsequent to April 30, 2007.

DATED: August 13, 2008.

A TRUE BILL:

*/s/ signature*
Foreperson

KAREN P. HEWITT
United States Attorney

By: */s/ signature*
FRED SHEPPARD
Assistant U.S. Attorney